

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00123-CV

Roberto Carlos **MENDIVES** Sr.,
Appellant

v.

Angela Rose **MENDIVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI00877
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant Roberto Carlos Mendives Sr.

SIGNED June 22, 2016.

_____
Patricia O. Alvarez, Justice